# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LYDELL MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cv-00804-AGF |
| DONALD STEPP, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS FURTHER ORDERED** that Plaintiff's official capacity claims against Donald Stepp and Jordan Exum are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against Tanya S. Muhm are **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this partial dismissal would not be taken in good faith.

Dated this 27th day of September, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE